UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § § | |

**PETITIONER VALVE CORPORATION'S MOTION TO COMPEL CONSTANCE KAZANJIAN TO SIT FOR A DEPOSITION AND TO PRODUCE DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 37(a)(2) and 45(d)(2)(B)(i), Petitioner Valve Corporation, by and through the undersigned counsel, hereby moves for an order compelling Respondent Constance Kazanjian to sit for a deposition pursuant to the Subpoena to Testify at a Deposition in a Civil Action, and to produce documents pursuant to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, served on Ms. Kazanjian by Valve. The grounds for the motion are set forth in Valve's Memorandum of Law in Support of Its Motion to Compel.

| | |
|---|---|
| DATED:  May 27, 2025 | Respectfully submitted,<br><br>KILPATRICK TOWNSEND & STOCKTON LLP<br><br>/s/ Parker A. Lewton<br>Parker Lewton<br>FL State Bar No. 1002490<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309<br>Telephone: (404) 815-6022<br>Facsimile:  (404) 815-6555<br>plewton@ktslaw.com<br><br>Dario A. Machleidt<br>(*pro hac vice* pending)<br>Suite 3700, 1420 Fifth Avenue<br>Seattle, WA  98101<br>Telephone: (206) 467-9600<br>Facsimile:  (206) 623-6793<br>dmachleidt@ktslaw.com<br><br>Andrea A. Anderson<br>(*pro hac vice* pending)<br>1400 Wewatta Street, Suite 600<br>Denver, Colorado, 80202<br>Telephone: (303) 607-3233<br>Facsimile:  (336) 232-9738<br>andie.anderson@ktslaw.com<br><br>Attorneys for Plaintiff Valve Corporation |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Petitioner Valve Corporation's Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents has been furnished on this 27th day of May 2025 to all counsel of record, via filing with CM/ECF and via U.S. First-Class mail postage prepaid to:

Constance Kazanjian
10350 W Bay Harbor Dr., Apt. 8T
Bau Harbor Islands, FL 33154-1259

John B. Agnetti
Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, FL 33162

                                                /s/ Parker A. Lewton
                                                Parker A. Lewton Florida Bar No. 1002490