# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW (W.D. Wash.) |
| CONSTANCE KAZANJIAN, | § § | |
| Respondent. | § | |

**<u>DECLARATION OF ANDREA A. ANDERSON IN SUPPORT OF VALVE CORPORATION'S MOTION TO COMPEL CONSTANCE KAZANJIAN TO SIT FOR DEPOSITION AND TO PRODUCE DOCUMENTS</u>**

1. My name is Andrea A. Anderson. I am over the age of twenty-one years, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP and licensed to practice in North Carolina and Colorado. I submit this Declaration in support of Valve Corporation's Motion to Compel Constance Kazanjian to Sit for Deposition and to Produce Documents.

3. I am attorney of record in the Related Case, *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW (W.D. Wash.).

4. Filed herewith as Exhibit 4 is a true and accurate copy of the Second Amended Complaint filed by Valve in the Related Case.

5. Filed herewith as Exhibit 5 is a true and accurate copy of the Scheduling Order entered in the Related Case.

6. Filed herewith as Exhibit 6 is a true and accurate copy of the state court

complaint filed in 2017 by Constance Kazanjian against Leigh Rothschild.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2025, in Denver Colorado.

                                                ANDREA A. ANDERSON
N.C. Bar #57808
CO Bar # 60006