# EXHIBIT 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | CASE NO. 23-cv-1016 |
| Plaintiff, | SCHEDULING ORDER |
| v. | |
| ROTHSCHILD ET AL, | |
| Defendants. | |

Having review the parties Joint Status Report, Dkt. No. 57, and being otherwise fully informed, the Court sets the following trial and related dates:

| EVENT | DATE |
|---|---|
| JURY TRIAL DATE (3 to 4 days) | January 26, 2026 |
| Disclosure of Defendants' infringement contentions (*see* LPR 120) | November 6, 2024 |
| Service of Plaintiff's non-infringement and invalidity contentions (*see* LPR 121) | December 6, 2024 |
| Exchange of proposed terms and claim elements for construction (*see* LPR 130(a)) | December 26, 2024 |
| Deadline to join additional parties | January 6, 2025 |

SCHEDULING ORDER - 1

| | EVENT | DATE |
|---|---|---|
| 1 | | |
| 2 | Exchange of preliminary claim constructions and extrinsic evidence (*see* LPR 131(a)) | January 27, 2025 |
| 3 | | |
| 4 | Joint claim construction and prehearing statement *(*see LPR 132(a)) | March 11, 2025 |
| 5 | Parties to disclose expert witness reports, if any, regarding *Markman* issues (*see* LPR 132(f)) | March 11, 2025 |
| 6 | | |
| 7 | Parties to disclose rebuttal expert reports, if any, regarding *Markman* issues (*see* LPR 132(f)) | March 11, 2025 |
| 8 | Completion of claim construction discovery (*see* LPR 133) | April 30, 2025 |
| 9 | | |
| 10 | Document production substantially complete | April 25, 2025 |
| 11 | Opening claim construction brief (to be noted for the date that responsive claim construction briefs are due) (*see* LPR 134(a)) | May 5, 2025 |
| 12 | | |
| 13 | Responsive claim construction briefs (*see* LPR 134(c)) | May 20, 2025 |
| 14 | Technology tutorial at 9:00 AM on | June 4, 2025 |
| 15 | Claim construction (*Markman*) hearing (*see* LPR 135) at 9:00 AM on | June 18, 2025 |
| 16 | Fact discovery cut-off | June 25, 2025 |
| 17 | Opening expert reports | August 1, 2025 |
| 18 | | |
| 19 | Production of opinion(s) of counsel and service of privilege log by party defendant against claim of willful infringement | August 11, 2025 |
| 20 | Rebuttal expert reports | August 22, 2025 |
| 21 | Expert discovery cut-off | September 12, 2025 |
| 22 | | |
| 23 | Opening case dispositive and *Daubert* motions | October 3, 2025 |

SCHEDULING ORDER - 2

| EVENT | DATE |
|---|---|
| Responsive case dispositive and *Daubert* motions | October 24, 2025 |
| Reply case dispositive and *Daubert* motions | November 7, 2025 |
| Settlement conference per LCR 39.1(c)(2) held no later than | November 24, 2025 |
| Motions in limine must be filed by | December 29, 2025 |
| Parties to file joint proposed pretrial order | January 5, 2026 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 12, 2026 |
| Pretrial Conference at 1:30 PM on | January 19, 2026 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and Local Patent Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the *Markman* hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Grant Cogswell, Deputy Clerk, at Grant_Cogswell@wawd.uscourts.gov, within 14 days of the date of this Minute Order and explain the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

SCHEDULING ORDER - 3

## Claim Construction (*Markman*) Hearing

The claim construction hearing will be set for a half-day (2.5 hours). If more or less time is required, the parties are instructed to inform Grant Cogswell at Grant_Cogswell@wawd.uscourts.gov.

PLEASE NOTE: The Court will not rule on dispositive motions that raise issues of claim construction prior to the *Markman* hearing unless special circumstances warrant doing so and leave of Court is obtained in advance of filing.

## Exhibits

The parties must send one copy of their respective exhibits to be used at the *Markman* Hearing and/or trial to Grant Cogswell, Courtroom Deputy, five (5) days before the *Markman* hearing and/or trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three-ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A-1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it.

In addition, no later than seven (7) days before the *Markman* hearing and/or trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR") searchable text to Grant Cogswell, Courtroom Deputy. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as

SCHEDULING ORDER - 4

described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 – Accident Scene Photo; Ex. A-1 – Email dated 4-03-23.

### Settlement

Should this case settle, counsel shall notify Grant Cogswell, Deputy Clerk, at Grant_Cogswell@wawd.uscourts.gov, as soon as possible.

Dated this 23rd day of October 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

SCHEDULING ORDER - 5