UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE No. 1:25-mc-22402-WILLIAMS/GOODMAN

[Pending in Case No. 23-CV-1016-JNW in the United States District Court for the Western District of Washington]

VALVE CORPORATION,
    *Plaintiff*

vs.

CONSTANCE KAZANJIAN,
    *Defendant.*
_____/

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION TO COMPEL

On May 27, 2025, Plaintiff filed a Motion to Compel Defendant Constance Kazanjian ("Kazanjian") to appear for a deposition and produce documents in response to a subpoena. [ECF No. 1]. United States District Judge Kathleen M. Williams referred the matter to the Undersigned to take "any appropriate action authorized by law." [ECF No. 4].

Therefore, this motion is set for hearing on **June 5, 2025** at **4:00 PM** in front of the Undersigned. This hearing will take place over Zoom. Both the witness, Kazanjian, and her attorney, John B. Agnetti, must appear. Plaintiff shall arrange to serve Mr. Agnetti by May 30, 2025 with a copy of this Order by email, telefax and overnight mail. Plaintiff shall file a status report concerning service by June 3, 2025.

Counsel for all involved should know that the Undersigned enforces Federal Rule of Civil Procedure 37 and regularly awards fee-shifting awards in favor of the party who prevails at a discovery hearing (and against both litigants and, at times, their attorneys, or both).

The Zoom information is as follows: **https://www.zoomgov.com /j/ 1614384554? pwd= vx0TY2nKD2YDXD3SyhZFBmbawG8jf7.1**; Meeting ID: **161 438 4554**;Passcode: **429360**. Each participant needs to log in 10 minutes early, to make sure there are no glitches. This Zoom hearing is the digital equivalent of an actual, in-court hearing, so counsel are expected to dress as though they are in an actual federal courtroom.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 29, 2025.

Jonathan Goodman
CHIEF UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Kathleen M. Williams
All Counsel of Record