UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Andrea A. Anderson of the law firm of Kilpatrick Townsend & Stockton LLP, 1400 Wewatta Street, Suite 600, Denver, Colorado, 80202 Tel: (303) 607-3233, for purposes of appearance as co-counsel on behalf of Valve Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Andrea A. Anderson to receive electronic filings in this case, and in support thereof states as follows:

1. Andrea A. Anderson is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court, District of Colorado.

2. Movant, Parker Lewton, Esquire, of the law firm of Kilpatrick Townsend & Stockton, LLP, 1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309, (404) 815-6500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be

served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Andrea A. Anderson has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Andrea A. Anderson, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Andrea A. Anderson at email address: andie.anderson@ktslaw.com.

WHEREFORE, Parker Lewton, moves this Court to enter an Order for Andrea A. Anderson, to appear before this Court on behalf of Plaintiff Valve Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Andrea A. Anderson.

Date: June 2, 2025                    Respectfully submitted,

/s/ Parker A. Lewton
Parker Lewton
FL State Bar No. 1002490
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6022

Attorneys for Plaintiff Valve Corporation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § | |

## CERTIFICATION OF ANDREA A. ANDERSON

Andrea A. Anderson, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Colorado and the United States District Court, District of Colorado; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

/s/ *Andrea A. Anderson*
Andrea A. Anderson
Colorado State Bar. No. 60006
1400 Wewatta Street, Suite 600
Denver, Colorado, 80202
Tel: (303) 607-3233
Email: andie.anderson@ktslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING has been furnished on this 2nd day of June 2025 to all counsel of record, via filing with CM/ECF.

/s/ Parker A. Lewton
Parker A. Lewton Florida Bar No. 1002490