UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § § | |

## STATUS REPORT ON SERVICE OF MR. AGNETTI

On May 27, 2025, a copy of the materials filed in this Action were served on Mr. Agnetti via First Class Mail and via email by Mr. Dario Machleidt. A copy of the email is attached hereto as Exhibit A.

On May 29, 2025, the undersigned received notice of the Court's Order Setting Hearing on Plaintiff's Motion to Compel. One June 4, 2025, a copy of the Court's Order Setting hearing on Plaintiff's Motion to Compel was served on Mr. Agnetti via email, facsimile, and overnight mail to arrive at Mr. Agnetti's address at 8 am June 5, 2025. Mr. Agnetti was reached by phone on June 4, 2025. During that phone call, Mr. Agnetti agreed to have Ms. Kazanjian sit for a deposition after the Related Action is no longer stayed. A copy of that stipulation is filed here as Exhibit B. Mr. Agnetti's agreement to the stipulation is filed here as Exhibit C.

DATED:  June 4, 2025                    Respectfully submitted,

                                                             KILPATRICK TOWNSEND & STOCKTON LLP

                                                             /s/ Parker A. Lewton
                                                             Parker Lewton
                                                             FL State Bar No. 1002490
                                                             1100 Peachtree Street NE, Suite 2800
                                                             Atlanta, GA 30309
                                                             Telephone: (404) 815-6022
                                                             Facsimile:  (404) 815-6555
                                                             plewton@ktslaw.com

                                                             Dario A. Machleidt
                                                             (Admitted *pro hac vice*)
                                                             Kathleen R. Geyer
                                                             (Admitted *pro hac vice*)
                                                             Suite 3700, 1420 Fifth Avenue
                                                             Seattle, WA  98101
                                                             Telephone: (206) 467-9600
                                                             Facsimile:  (206) 623-6793
                                                             dmachleidt@ktslaw.com
                                                             kgeyer@ktslaw.com

                                                             Andrea A. Anderson
                                                             (Admitted *pro hac vice*)
                                                             1400 Wewatta Street, Suite 600
                                                             Denver, Colorado, 80202
                                                             Telephone: (303) 607-3233
                                                             Facsimile:  (336) 232-9738
                                                             andie.anderson@ktslaw.com

                                                             Attorneys for Plaintiff Valve Corporation