# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § § | |

**VALVE CORPORATION'S AND CONSTANCE KAZANJIAN'S STIPULATION AND AGREED ORDER REGARDING MS. KAZANJIAN'S DEPOSITION**

Valve Corporation served a deposition subpoena on Constance Kazanjian relating to the underlying lawsuit, *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW (W.D. Wash.). To facilitate scheduling and taking of that deposition in a manner that least inconveniences Ms. Kazanjian, Valve and Ms. Kazanjian (collectively, the "Parties") enter into the following Stipulation and Agreed Order that the deposition will be scheduled and take place according to the following terms:

1. The Washington Court issued an order on June 3, 2025 that "STAYS th[e] case in its entirety for FORTY-FIVE (45) days" while Mr. Rothschild and the other defendants seek new counsel. Based on that order, no discovery will take place in the Washington action at least for the next 45 days.

2. Based on the stay, at this time, the Parties cannot predict when discovery will resume in the Washington action. Accordingly, the Parties agree to resume negotiations in good faith about a date and start time for Ms. Kazanjian's deposition once the stay is lifted.

3. Regarding limitations on the actual deposition once scheduled, the Parties agree that: Valve will not inquire about the confidential settlement agreement entered to resolve a prior lawsuit between Ms. Kazanjian and Mr. Rothschild; and the deposition will be taken remotely, by Zoom or other system the Parties mutually agree upon.

Executed:  June 4, 2025  /s/ Dario Machleidt
Dario Machleidt

Counsel for Valve Corporation

Executed:  June 4, 2025  /s/ John Agnetti (with permission)
John Agnetti

Counsel for Constance Kazanjian