# EXHIBIT C

| | |
|---|---|
| **From:** | John Agnetti <john@hlalaw.com> |
| **Sent:** | Wednesday, June 4, 2025 11:40 AM |
| **To:** | Machleidt, Dario |
| **Cc:** | Geyer, Kate |
| **Subject:** | RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing |

**\*\*CAUTION: External Email\*\***

Looks fine. Please submit

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Machleidt, Dario" <dmachleidt@ktslaw.com>
Date: 6/4/25 11:27 AM (GMT-05:00)
To: John Agnetti <john@hlalaw.com>
Cc: "Geyer, Kate" <KGeyer@ktslaw.com>
Subject: RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

You don't often get email from dmachleidt@ktslaw.com. Learn why this is important
John, thanks for talking with me. Please see the attached draft stip and let me know if you have edits.

**Dario Machleidt**
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, June 4, 2025 7:47 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Please give me a call to discuss.

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Wednesday, June 4, 2025 10:08 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

1

You don't often get email from dmachleidt@ktslaw.com. Learn why this is important

Joh,

Please see the attached order. I apologize for not sending it last week. Please note it sets a zoom hearing for tomorrow:

> Therefore, this motion is set for hearing on **June 5, 2025** at **4:00 PM** in front of the Undersigned. This hearing will take place over Zoom. Both the witness, Kazanjian, and her attorney, John B. Agnetti, must appear.

Please call me if you'd like to discuss. Thank you.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Tuesday, May 27, 2025 4:17 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel

John,

Please see attached. Let me know if you'd like to discuss.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, May 6, 2025 5:22 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John –

I am working with Chris Damitio on the *Valve v. Rothschild* matter. We appreciate your assistance so far. It looks like we have not heard back from you since April 14. Close of fact discovery in our case is less than two months away on June 25, and we'd like to wrap up document collection and scheduling of the deposition of Ms. Kazanjian in the coming weeks. Please let us know by Friday, May 9, whether Ms. Kazanjian has any responsive documents and her availability for a deposition this month or in early June.

If we do not hear back from you by May 9, we will need to preserve our rights by seeking court intervention. We'd like to avoid getting the court involved especially in light of your and Ms. Kazanjian's willingness to work with us so far. Please feel free to give me a call if you have any questions.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Monday, April 28, 2025 9:39 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on my emails below. Please let us know if you have been able to track down the Kazanjian file or discuss possible deposition dates with Ms. Kazanjian.

Many thanks,
Chris

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3097
My Profile | vCard

**From:** Damitio, Chris
**Sent:** Friday, April 18, 2025 10:57 AM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on this. Were you able to track down the Kazanjian file or speak with her about possible deposition dates? Thanks, and have a great weekend!

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3097
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Monday, April 14, 2025 8:58 AM
**To:** Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

The file is closed, my office is trying to track it down

John B. Agnetti, Esq.




Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale  Islamorada  Key West
Miami Office: (305) 653-5555
Fax Number: (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Friday, April 11, 2025 5:44 PM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** Valve v. Rothschild et al - Kazanjian subpoena

> You don't often get email from cdamitio@ktslaw.com. Learn why this is important

Hi John,

I wanted to follow up on our prior call regarding Valve's subpoena to Ms. Kazanjian. Were you able to find the protective order in place during Ms. Kazanjian's prior lawsuit against Mr. Rothschild, or speak with Ms. Kazanjian about her availability over the next few weeks?

Thanks, and have a great weekend!



Chris Damitio
CDamitio@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3097
My Profile | vCard

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

'