UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § | |

## VALVE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Pursuant to the Court's Paperless Order to Show Cause (Dkt. 6), Valve respectfully submits this response to the Court's Order to show cause why Valve failed to adhere to the Court's Order regarding the status report regarding service on Mr. Agnetti by June 3, 2025. As set forth in the accompanying declaration of Mr. Dario Machleidt, Valve failed to submit its status report out of mistake. On May 27, 2025, after the Motion to Compel was filed in the Southern District of Florida, the materials were served on Mr. Agnetti via first class mail and via email by Mr. Dario Machleidt. Machleidt Dec. ¶ 3.

At the time this Court issued its Order Setting Hearing on Plaintiffs' Motion to Compel, Mr. Machleidt was not yet admitted to this Court and his *pro hac vice* application had not been filed. *Id.* ¶ 4. However, on that day, Mr. Machleidt received a forwarded copy of the ECF notification, but a copy of the full Order was not attached. *Id.* ¶ 5. The attorneys for Valve noted the date for the hearing, but obtained a copy upon the Court's Order to Show Cause today. *Id.* ¶ 6-7. Counsel for Valve immediately sent a copy of this Court's Order Setting Hearing on Plaintiffs' Motion to Compel to Mr. Agnetti via email, facsimile, and mail. *Id.* ¶ 8. Thereafter, Mr. Machleidt was able to contact Mr. Agnetti, and Mr. Agnetti agreed to have Ms. Kazanjian sit for deposition. *Id.* ¶ 9-10. The agreement between the parties is attached hereto as

Exhibit B and C. Mr. Agnetti stated that his client is out of the country and cannot attend tomorrow's hearing, but that he will likely be able to attend. *Id.* ¶ 11.

      Counsel for Valve takes full responsibility for its failure in complying with this Court's Order, and recognizes it should have downloaded the full Order after receiving the forwarded electronic docketing notification. *Id.* ¶ 12. Valve respectfully and humbly apologizes for its failure to adhere to this Court's June 3, 2025 deadline.

DATED:  June 4, 2025

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ Parker A. Lewton
Parker Lewton
FL State Bar No. 1002490
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6022
Facsimile:  (404) 815-6555
plewton@ktslaw.com

Dario A. Machleidt
(Admitted *pro hac vice*)
Kathleen R. Geyer
(Admitted *pro hac vice*)
Suite 3700, 1420 Fifth Avenue
Seattle, WA  98101
Telephone: (206) 467-9600
Facsimile:  (206) 623-6793
dmachleidt@ktslaw.com
kgeyer@ktslaw.com

Andrea A. Anderson
(Admitted *pro hac vice*)
1400 Wewatta Street, Suite 600
Denver, Colorado, 80202
Telephone: (303) 607-3233
Facsimile:  (336) 232-9738
andie.anderson@ktslaw.com

Attorneys for Plaintiff Valve Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Petitioner Valve Corporation's Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents has been furnished on this 4th day of June 2025 to all counsel of record, via filing with CM/ECF and via U.S. First-Class mail postage prepaid to:

John B. Agnetti
Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, FL 33162

/s/ Parker A. Lewton
Parker A. Lewton Florida Bar No. 1002490