## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § | |
| | § | |
| Petitioner, | § | Case No. 1:25-mc-22402 |
| | § | |
| v. | § | Related Case: Valve Corp. v. Leigh |
| | § | Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § | (W.D. Wash. July 7, 2023) |
| | § | |
| Respondent. | § | |

## DECLARATION OF
## DARIO A. MACHLEIDT REGARDING MOTION TO SHOW CAUSE

I, Dario A. Machleidt, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of Washington and am admitted to this Court. I am a lawyer in the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiff Valve Corporation in the above-referenced action. I am the lead counsel for Valve in the Related Washington Action: *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW (W.D. Wash. July 7, 2023).

2.     I have personal knowledge of the facts stated in this declaration and, if called upon to do so, I could and would competently testify thereto.

3.     After the above-captioned action was filed in this Court, I sent courtesy copies of the papers via email to Mr. Agnetti. That email is attached hereto as Exhibit A.

4.     At the time this Court issued its Order Setting Hearing on Plaintiff's Motion to Compel (May 29), my *pro hac vice* admission had not yet been filed.

5.     On May 29, I was not yet admitted *pro hac vice* in this action and was therefore not directly receiving ECF notices. On that day, I received an email (from within my law firm) that forwarded this Court's Docket Text for docket entry number 6, Order Setting Hearing on

Plaintiff's Motion to Compel. That text referenced the upcoming Zoom hearing but did not attach the Court's underlying order.

6.      While my law firm's internal docketing system generally attaches orders and filings, the email I received on May 29 containing the Court's Docket Text did not include an attachments. I therefore did not view the Court's underlying order at that time.

7.      I first reviewed the Court's docket entry 6 Order today, June 4, upon receiving the Court's Order to Show Cause (entry 15).

8.      Today, June 4, I emailed the docket entry 6 Order to Mr. Agnetti. I also oversaw the faxing and next-day mailing (to be delivered by 8:00 am on June 5) of that Order.

9.      After emailing Mr. Agnetti today, he contacted me and we spoke about Ms. Kazanjian's deposition. Mr. Agnetti indicated his client is willing to sit for a deposition and we began discussing parameters for the deposition.

10.     After my discussion with Mr. Agnetti, he and I executed the attached Stipulation and Agreed Order regarding Ms. Kazanjian's deposition. *See* Exhibits B and C.

11.     During our call, Mr. Agnetti said he might have jury duty tomorrow, June 5, but also indicated he would likely be available for the hearing. His client is overseas and cannot attend.

12.     I take full responsibility for plaintiff's failure to comply with this Court's Order. Rather than rely on an electronic docketing system, I should have downloaded and reviewed the actual order from PACER myself (knowing I had not yet been admitted in this action). I apologize for not doing so.

13.     Tomorrow, June 5, I am scheduled to be in a deposition that will take place within the Southern District of California's federal courthouse. For that reason, I had originally planned to have two of my colleagues attend and represent Plaintiff at tomorrow's hearing. If, however, the Court prefers I attend, I will certainly do so to discuss both the facts of this declaration and any other issues the Court wants to address.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

Executed on June 4, 2025 at San Diego, California.

_/s/ Dario A. Machleidt_
Dario A. Machleidt

# EXHIBIT A

| | |
|---|---|
| **From:** | Machleidt, Dario |
| **To:** | John Agnetti |
| **Cc:** | Geyer, Kate |
| **Subject:** | RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel |
| **Date:** | Tuesday, May 27, 2025 5:16:51 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 2025-05-27 - Dkt 01 - Motion to Compel.pdf |
| | 2025-05-27 - Dkt 01-1 - Memorandum in Support of Motion to Compel.pdf |
| | 2025-05-27 - Dkt 01-10 - Civil Cover Sheet.pdf |
| | 2025-05-27 - Dkt 01-11 - Summons.pdf |

John,

Please see attached. Let me know if you'd like to discuss.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, May 6, 2025 5:22 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John –

I am working with Chris Damitio on the *Valve v. Rothschild* matter. We appreciate your assistance so far. It looks like we have not heard back from you since April 14. Close of fact discovery in our case is less than two months away on June 25, and we'd like to wrap up document collection and scheduling of the deposition of Ms. Kazanjian in the coming weeks. Please let us know by Friday, May 9, whether Ms. Kazanjian has any responsive documents and her availability for a deposition this month or in early June.

If we do not hear back from you by May 9, we will need to preserve our rights by seeking court intervention. We'd like to avoid getting the court involved especially in light of your and Ms. Kazanjian's willingness to work with us so far. Please feel free to give me a call if you have any questions.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>

**Sent:** Monday, April 28, 2025 9:39 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on my emails below. Please let us know if you have been able to track down the Kazanjian file or discuss possible deposition dates with Ms. Kazanjian.

Many thanks,
Chris

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** Damitio, Chris
**Sent:** Friday, April 18, 2025 10:57 AM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on this. Were you able to track down the Kazanjian file or speak with her about possible deposition dates? Thanks, and have a great weekend!

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Monday, April 14, 2025 8:58 AM
**To:** Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

---

**\*\*CAUTION: External Email\*\***

The file is closed, my office is trying to track it down

John B. Agnetti, Esq.



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Friday, April 11, 2025 5:44 PM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** Valve v. Rothschild et al - Kazanjian subpoena

> You don't often get email from cdamitio@ktslaw.com. Learn why this is important

Hi John,

I wanted to follow up on our prior call regarding Valve's subpoena to Ms. Kazanjian. Were you able to find the protective order in place during Ms. Kazanjian's prior lawsuit against Mr. Rothschild, or speak with Ms. Kazanjian about her availability over the next few weeks?

Thanks, and have a great weekend!



Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18
U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and
any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended
recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY
PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its
attachments without reading or saving in any manner.

'

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| VALVE CORPORATION, | § | |
| | § | |
| Petitioner, | § | Case No. 1:25-mc-22402 |
| | § | |
| v. | § | Related Case: Valve Corp. v. Leigh |
| | § | Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § | (W.D. Wash. July 7, 2023) |
| | § | |
| Respondent. | § | |

**VALVE CORPORATION'S AND CONSTANCE KAZANJIAN'S STIPULATION**
**AND AGREED ORDER REGARDING MS. KAZANJIAN'S DEPOSITION**

Valve Corporation served a deposition subpoena on Constance Kazanjian relating to the underlying lawsuit, *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW (W.D. Wash.). To facilitate scheduling and taking of that deposition in a manner that least inconveniences Ms. Kazanjian, Valve and Ms. Kazanjian (collectively, the "Parties") enter into the following Stipulation and Agreed Order that the deposition will be scheduled and take place according to the following terms:

1. The Washington Court issued an order on June 3, 2025 that "STAYS th[e] case in its entirety for FORTY-FIVE (45) days" while Mr. Rothschild and the other defendants seek new counsel. Based on that order, no discovery will take place in the Washington action at least for the next 45 days.

2. Based on the stay, at this time, the Parties cannot predict when discovery will resume in the Washington action. Accordingly, the Parties agree to resume negotiations in good faith about a date and start time for Ms. Kazanjian's deposition once the stay is lifted.

3.  Regarding limitations on the actual deposition once scheduled, the Parties agree
    that: Valve will not inquire about the confidential settlement agreement entered to
    resolve a prior lawsuit between Ms. Kazanjian and Mr. Rothschild; and the
    deposition will be taken remotely, by Zoom or other system the Parties mutually
    agree upon.

Executed:  June 4, 2025                  */s/ Dario Machleidt*
                                         Dario Machleidt

                                         Counsel for Valve Corporation




Executed:  June 4, 2025                  */s/ John Agnetti (with permission)*
                                         John Agnetti

                                         Counsel for Constance Kazanjian

# EXHIBIT C

| | |
|---|---|
| **From:** | John Agnetti <john@hlalaw.com> |
| **Sent:** | Wednesday, June 4, 2025 11:40 AM |
| **To:** | Machleidt, Dario |
| **Cc:** | Geyer, Kate |
| **Subject:** | RE: Valve v. Rothschild et al – Kazanjian subpoena | motion to compel | June 5 hearing |

**\*\*CAUTION: External Email\*\***

Looks fine. Please submit

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Machleidt, Dario" <dmachleidt@ktslaw.com>
Date: 6/4/25 11:27 AM (GMT-05:00)
To: John Agnetti <john@hlalaw.com>
Cc: "Geyer, Kate" <KGeyer@ktslaw.com>
Subject: RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

You don't often get email from dmachleidt@ktslaw.com. Learn why this is important
John, thanks for talking with me. Please see the attached draft stip and let me know if you have edits.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, June 4, 2025 7:47 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Please give me a call to discuss.

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Wednesday, June 4, 2025 10:08 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

You don't often get email from dmachleidt@ktslaw.com. Learn why this is important

Joh,

Please see the attached order. I apologize for not sending it last week. Please note it sets a zoom hearing for tomorrow:

> Therefore, this motion is set for hearing on **June 5, 2025** at **4:00 PM** in front of the Undersigned. This hearing will take place over Zoom. Both the witness, Kazanjian, and her attorney, John B. Agnetti, must appear.

Please call me if you'd like to discuss. Thank you.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Tuesday, May 27, 2025 4:17 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel

John,

Please see attached. Let me know if you'd like to discuss.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, May 6, 2025 5:22 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John –

I am working with Chris Damitio on the *Valve v. Rothschild* matter. We appreciate your assistance so far. It looks like we have not heard back from you since April 14. Close of fact discovery in our case is less than two months away on June 25, and we'd like to wrap up document collection and scheduling of the deposition of Ms. Kazanjian in the coming weeks. Please let us know by Friday, May 9, whether Ms. Kazanjian has any responsive documents and her availability for a deposition this month or in early June.

If we do not hear back from you by May 9, we will need to preserve our rights by seeking court intervention. We'd like to avoid getting the court involved especially in light of your and Ms. Kazanjian's willingness to work with us so far. Please feel free to give me a call if you have any questions.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Monday, April 28, 2025 9:39 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on my emails below. Please let us know if you have been able to track down the Kazanjian file or discuss possible deposition dates with Ms. Kazanjian.

Many thanks,
Chris

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** Damitio, Chris
**Sent:** Friday, April 18, 2025 10:57 AM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on this. Were you able to track down the Kazanjian file or speak with her about possible deposition dates? Thanks, and have a great weekend!

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Monday, April 14, 2025 8:58 AM
**To:** Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

The file is closed, my office is trying to track it down

John B. Agnetti, Esq.





WITH 25 YEARS IN THE FLORIDA KEYS

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale  Islamorada  Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Friday, April 11, 2025 5:44 PM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** Valve v. Rothschild et al - Kazanjian subpoena

> You don't often get email from cdamitio@ktslaw.com. Learn why this is important

Hi John,

I wanted to follow up on our prior call regarding Valve's subpoena to Ms. Kazanjian. Were you able to find the protective order in place during Ms. Kazanjian's prior lawsuit against Mr. Rothschild, or speak with Ms. Kazanjian about her availability over the next few weeks?

Thanks, and have a great weekend!



Chris Damitio
CDamitio@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

'

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
'