**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:25-mc-22402-WILLIAMS/GOODMAN**

VALVE CORPORATION,

      Plaintiff,

v.

CONSTANCE KAZANJIAN,

      Defendant.

_____/

## POST-MOTION HEARING ADMINISTRATIVE ORDER

On June 5, 2025, the Undersigned held a Zoom hearing [ECF No. 6] on Plaintiff Valve Corporation's ("Plaintiff") Motion to Compel Defendant Constance Kazanjian ("Defendant") to sit for a deposition and produce documents in response to a subpoena related to Case No. 23-cv-1016-JNW in the United States District Court for the Western District of Washington ("Underlying Case"). [ECF No. 1]. United States District Judge Kathleen M. Williams referred the motion to me "for any appropriate action authorized by law." [ECF No. 4].

During the hearing, Plaintiff advised the Court that a stay had been issued in the Underlying Case and requested that the Court defer ruling on its Motion to Compel [ECF No. 1].

The Undersigned **ORDERS** the following:

Plaintiff's oral request to defer ruling on its Motion to Compel is **DENIED** and

Plaintiff's Motion to Compel is consequently **DENIED as MOOT** because the Underlying

Case is stayed. Therefore, the Clerk of Court is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 5, 2025.

Jonathan Goodman
CHIEF UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Kathleen M. Williams
All Counsel of Record

2