UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § | |

**PETITIONER VALVE CORPORATION'S
MOTION TO REOPEN A CLOSED MISCELLANEOUS CASE**

Petitioner Valve Corporation ("Valve") moves this Court to reopen a closed case. In support of its motion, Valve states as follows:

1. This is a miscellaneous action to resolve a third-party discovery dispute related to *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW, filed in the Western District of Washington on July 7, 2023 (the "Washington Case").

2. Valve opened this miscellaneous action on May 27, 2025, filing a Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents ("Motion to Compel"). Valve's Motion to Compel sought to enforce third-party subpoenas *ad testificandum* and *duces tecum* from the Washington Case served on Respondent Constance Kazanjian under the authority of the U.S. District Court for the Western District of Washington.

3. Valve filed this action to preserve Valve's rights to evidence in Ms. Kazanjian's possession when Ms. Kazanjian's attorney, Mr. John B. Agnetti, did not respond to numerous attempts to reach him regarding Ms. Kazanjian's deposition and document production in a six-week period preceding the filing of this action on May 27.

- 2 -

4. On June 3, 2025, the court in the Washington Case stayed that matter for forty-five days.

5. On June 4, 2025, Mr. Agnetti executed a stipulated agreement acknowledging that "the deposition will be scheduled" and agreeing to "resume negotiations in good faith about a date and start time for Ms. Kazanjian's deposition once the stay is lifted." Dkt. 17-1.

6. This Court held a hearing by videoconference on June 5, 2025. Dkt. 6. At the hearing, Valve advised the Court that the Washington Case had been stayed. In light of the stay, Valve orally moved the Court to defer ruling on the Motion to Compel. Dkt. 19.

7. The Court denied Valve's oral motion to defer ruling on Valve's Motion to Compel. The Court also denied as moot Valve's Motion to Compel. Dkt. 20.

8. The stay in the Washington Case ended on July 18, 2025. The court in that case entered an order setting a new case schedule in the Washington Case with fact discovery ending on August 29, 2025.

9. Valve has renewed its attempts to reach Ms. Kazanjian through Mr. Agnetti to conduct third-party discovery pursuant to the served subpoenas. While Mr. Agnetti initially responded to Valve's correspondence, Mr. Agnetti has failed to respond since July 15, 2025 despite multiple emails from Valve.

10. In light of the pending fact discovery deadline in the Washington Case and Mr. Agnetti's failure to respond to Valve's diligent efforts to contact him regarding Ms. Kazanjian's deposition and document production, Valve seeks to reopen this miscellaneous action.

11. If the Court grants the instant Motion to Reopn, Valve intends to file the Renewed Motion to Compel, attached as **Exhibit A**.

Valve therefore requests that this Court reopen this miscellaneous case and allow Valve to file the Renewed Motion to Compel, attached as **Exhibit A**.

August 15, 2025

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ *Parker A. Lewton*
Parker A. Lewton
FL State Bar No. 1002490
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
T: (404) 815-6022
F: (404) 815-6555
E: plewton@ktslaw.com

Dario A. Machleidt
(admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
T: (206) 467-9600
F: (206) 623-6793
E: dmachleidt@ktslaw.com

Andrea A. Anderson
(admitted *pro hac vice*)
1400 Wewatta Street, Suite 600
Denver, Colorado, 80202
T: (303) 607-3233
F: (336) 232-9738
E: andie.anderson@ktslaw.com

Kathleen R. Geyer
(admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
T: (206) 516-3094
F: (206) 299-3458
E: KGeyer@ktslaw.com

*Attorneys for Plaintiff Valve Corporation*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing Petitioner Valve Corporation's Motion to Reopen Closed Miscellaneous Case has been furnished on this 15th day of August 2025 to all counsel of record, via filing with CM/ECF and via U.S. First-Class mail postage prepaid to:

Constance Kazanjian
10350 W Bay Harbor Dr., Apt. 8T
Bau Harbor Islands, FL 33154-1259

John B. Agnetti
Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, FL 33162

                                        */s/ Parker A. Lewton*
                                        Parker A. Lewton Florida Bar No. 1002490