UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash.) |
| Respondent. | § § | |

### DECLARATION OF DARIO A. MACHLEIDT IN SUPPORT OF VALVE CORPORATION'S MOTION TO COMPEL CONSTANCE KAZANJIAN TO SIT FOR DEPOSITION AND TO PRODUCE DOCUMENTS

1. My name is Dario A. Machleidt. I am over the age of twenty-one years, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge of the facts stated herein, and they are true and correct.

2. I am an attorney at the law firm of Kilpatrick Townsend & Stockton LLP and licensed to practice in the State of Washington. I submit this Declaration in support of Valve Corporation's Renewed Motion to Compel Constance Kazanjian to Sit for Deposition and to Produce Documents.

3. I am attorney of record in *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW (W.D. Wash.) (the "Related Case").

4. Filed herewith as **Exhibit 1** is a true and accurate copy of the ECF email containing the minute order entered in the Related Case as Docket No. 95 on June 3, 2025.

5. Filed herewith as **Exhibit 2** is a true and accurate copy of the order entered as in the Related Case as Docket No. 106 on July 29, 2025.

6. Filed herewith as **Exhibit 3** is a true and accurate copy of an email chain between counsel for Ms. Kazanjian and counsel for Valve between April 11, 2025 and August

11, 2025 with the subject "Valve v. Rothschild et al – Kazanjian subpoena | motion to compel | June 5 hearing."

7. I have received no communication from Mr. Agnetti since the email timestamped July 15, 2025, at 11:53 AM, as shown in **Exhibit 3**.

8. I am informed that no other attorney at my firm has received any communication from Mr. Agnetti since the email timestamped July 15, 2025, at 11:53 AM, as shown in **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2025, in Seattle, Washington.

*/s/ Dario A. Machleidt*
DARIO A. MACHLEIDT