# EXHIBIT 1

| | |
|---|---|
| **From:** | ECF@wawd.uscourts.gov |
| **To:** | ECF@wawd.uscourts.gov |
| **Subject:** | Activity in Case 2:23-cv-01016-JNW Valve Corporation v. Rothschild et al Motion Hearing |
| **Date:** | Tuesday, June 3, 2025 3:23:35 PM |

**\*\*CAUTION: External Email\*\***

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### United States District Court for the Western District of Washington

## Notice of Electronic Filing

The following transaction was entered on 6/3/2025 at 3:22 PM PDT and filed on 6/3/2025
**Case Name:**     Valve Corporation v. Rothschild et al
**Case Number:**   2:23-cv-01016-JNW
**Filer:**
**Document Number:** 95(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Jamal N Whitehead- Dep Clerk: *Grant Cogswell*; Pla Counsel: *Dario Machleidt, Andrea Anderson, Kathleen Geyer*; Def Counsel: *Eric Chad, Donald McPhail, Mathew Cunanan*; CR: *Marci Chatelain*; Time of Hearing: *1:30PM*; Courtroom: *Zoom*;Motion Hearing held on 6/3/2025. The Court hears oral argument on Defendants' MOTION to Withdraw as Attorney at Dkt. No. [81]. After hearing argument and for the reasons stated on the record, the Court RESERVES decision on the Motion to Withdraw as Attorney, Dkt. No. [81], and STAYS this case in its entirety for FORTY-FIVE (45) days so that Defendants may retain new counsel. After the stay has lifted, the Court will revisit the Motion to Withdraw as Attorney, the briefing schedule on pending motions, and, if needed, the case scheduling order. The Court also notes that after the hearing, Valve sought clarification about whether the Court's stay extends to third-party subpoena enforcement in other jurisdictions. The Court's stay does not reach currently pending third-party subpoena enforcement actions in other courts. (GC)**

**2:23-cv-01016-JNW Notice has been electronically mailed to:**

Dario A Machleidt     dmachleidt@kilpatricktownsend.com,

mchapman@kilpatricktownsend.com

Mathew J. Cunanan    matthew@dclglawyers.com

Christopher P Damitio    cdamitio@kilpatricktownsend.com

Eric R Chad    echad@merchantgould.com, jbrower@merchantgould.com

Kathleen Geyer    kgeyer@ktslaw.com, sdmpearson@ktslaw.com

Donald R McPhail    dmcphail@merchantgould.com, jmiller@merchantgould.com, smaney@merchantgould.com

Andrea A. Anderson    andie.anderson@ktslaw.com

**2:23-cv-01016-JNW Notice will not be electronically mailed to:**

Leigh Rothschild
1574 NE QUAYSIDE TER
MIAMI, FL 33138