# EXHIBIT 3

## Geyer, Kate

| | |
|---|---|
| **From:** | Machleidt, Dario |
| **Sent:** | Monday, August 11, 2025 3:57 PM |
| **To:** | Jose Duarte; John Agnetti; Martin Hoffman; Michel Reyes |
| **Cc:** | Geyer, Kate |
| **Subject:** | RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing |

All –

Due to upcoming discovery deadlines in our case, we can't wait any longer without getting a substantive response and a date set for Ms. Kazanjian's deposition. By 10 am PT tomorrow (Tuesday, 8/12), confirm that she is available for a deposition on September 5. We will proceed with a remote deposition, as requested.

Mr. Agnetti's and Ms. Kazanjian's delayed responses combined with numerous instances where they simply chose not to respond led us to move to compel. We represented to the judge that the parties had resolved their scheduling disputes and, for that reason, the judge denied our motion as moot. We are yet again faced with far too many unanswered emails. And this is after Mr. Agnetti represented that he was available today for a deposition.

If we are forced to request Court intervention for a second time, we will seek our fees as a sanction for counsel making simple compliance with a subpoena nearly impossible.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Jose Duarte <jduarte@hlalaw.com>
**Sent:** Friday, August 8, 2025 12:03 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** John Agnetti <john@hlalaw.com>; Martin Hoffman <mhoffman@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

**CAUTION: External Email**

Good afternoon all. Ms. Keyer thank you for your time. Mr. Agnetti is out of the office until Monday. He'll advise then regarding the below. Be well.

Jose Duarte-Paralegal

1




909 North Miami Beach Blvd. Suite 201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
**Email: jduarte@hlalaw.com**
**Website: www.hlalaw.com**

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.


-------- Original message --------
From: "Geyer, Kate" <KGeyer@ktslaw.com>
Date: 8/8/25 2:19 PM (GMT-05:00)
To: "Machleidt, Dario" <dmachleidt@ktslaw.com>, John Agnetti <john@hlalaw.com>
Cc: David Perkins <davidp@hlalaw.com>, Martin Hoffman <mhoffman@hlalaw.com>
Subject: RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Hi John -

We haven't heard from you for over three weeks. Mr. Hoffman and Mr. Perkins, I include you on this email in case Mr. Agnetti is out, sick, or has something else going on that is preventing him from working.

By August 12, we require a response on Ms. Kazanjian's availability for a remote deposition during the week of September 1, or we will seek court intervention again. Given your lack of confirmation despite our repeated requests, August 11 no longer works. Your previous failures to respond to us forced us to go to the Court once, and you represented to the Court that you would timely respond to us going forward to secure a dismissal of that action. While you initially appeared to abide by that promise to the court, your lack of response for over three weeks is unacceptable. Should we be forced to seek court intervention again, we will be asking for all our fees and costs.

Please feel free to call me to discuss.

Kate Geyer
KGeyer@ktslaw.com

Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Sunday, July 27, 2025 7:04 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

John, following up. Please confirm that August 11 works for you and your client. Thank you.

**Dario Machleidt**
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Friday, July 18, 2025 3:11 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; John Agnetti <john@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

John,

The stay is set to expire today, which means we need to start locking down dates sooner rather than later. Please confirm that August 11 works for your client. Thank you.

Sincerely,

**Dario Machleidt**
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Thursday, July 17, 2025 10:57 AM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Hi John –

Just circling back around to see if Ms. Kazanjian confirmed August 11 worked for her.

Thanks,
Kate

**Kate Geyer**
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101

**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Geyer, Kate
**Sent:** Tuesday, July 15, 2025 12:27 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Great – if you can confirm that Ms. Kazanjian is as well, we'll hold that date.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Tuesday, July 15, 2025 11:53 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

I am available on August 11th.

John B. Agnetti, Esq.




Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale  Islamorada  Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, July 15, 2025 2:48 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Yes, I did mean August 4 – thank you. My concern is that there were less than three weeks left in discovery when the stay was in place, so I'm not sure if we will have the flexibility to extend past three weeks and into the week of August 11. However, for now, can you at least provide some dates during that week?

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Tuesday, July 15, 2025 11:40 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

I think you mean august 4th.  however, I will be in Colorado with my youngest son that week.  He is taking the Bar and this is his post taking the Bar vacation.  lol

John B. Agnetti, Esq.




Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, July 15, 2025 2:37 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Hi John –

Good luck in your depos! If you could check the week of April 4 with Ms. Kazanjian, that would be great.

Thank you!

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Tuesday, July 15, 2025 11:36 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

With my schedule the next two weeks is not feasible. I am in depositions all next week in a major case whereby all of the attys have agreed to the entire week to take various depositions. Let me check with my client.

John B. Agnetti, Esq.




Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is

strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, July 15, 2025 2:22 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Hi John –

I hope you have been doing well. Given that the stay in the underlying case is scheduled to lift Friday on July 18, we'd like to schedule Ms. Kazanjian's deposition in the next two weeks. Can you please let us know what her availability is? Once we have dates, we can figure out a location that is most convenient for her.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, June 4, 2025 8:40 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Looks fine. Please submit

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Machleidt, Dario" <dmachleidt@ktslaw.com>
Date: 6/4/25 11:27 AM (GMT-05:00)
To: John Agnetti <john@hlalaw.com>
Cc: "Geyer, Kate" <KGeyer@ktslaw.com>
Subject: RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

You don't often get email from dmachleidt@ktslaw.com. Learn why this is important
John, thanks for talking with me. Please see the attached draft stip and let me know if you have edits.

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP

7

1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, June 4, 2025 7:47 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

Please give me a call to discuss.

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Wednesday, June 4, 2025 10:08 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel | June 5 hearing

> You don't often get email from dmachleidt@ktslaw.com. Learn why this is important

Joh,

Please see the attached order. I apologize for not sending it last week. Please note it sets a zoom hearing for tomorrow:

> Therefore, this motion is set for hearing on **June 5, 2025** at **4:00 PM** in front of the Undersigned. This hearing will take place over Zoom. Both the witness, Kazanjian, and her attorney, John B. Agnetti, must appear.

Please call me if you'd like to discuss. Thank you.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Tuesday, May 27, 2025 4:17 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena | motion to compel

John,

Please see attached. Let me know if you'd like to discuss.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP

8

1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 224 2857 | **F** 206 374 2199
My Profile | vCard

---

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, May 6, 2025 5:22 PM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John –

I am working with Chris Damitio on the *Valve v. Rothschild* matter. We appreciate your assistance so far. It looks like we have not heard back from you since April 14. Close of fact discovery in our case is less than two months away on June 25, and we'd like to wrap up document collection and scheduling of the deposition of Ms. Kazanjian in the coming weeks. Please let us know by Friday, May 9, whether Ms. Kazanjian has any responsive documents and her availability for a deposition this month or in early June.

If we do not hear back from you by May 9, we will need to preserve our rights by seeking court intervention. We'd like to avoid getting the court involved especially in light of your and Ms. Kazanjian's willingness to work with us so far. Please feel free to give me a call if you have any questions.

Thank you,
Kate

**Kate Geyer**
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3094 | **F** 206 299 3458
My Profile | vCard

---

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Monday, April 28, 2025 9:39 AM
**To:** John Agnetti <john@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on my emails below. Please let us know if you have been able to track down the Kazanjian file or discuss possible deposition dates with Ms. Kazanjian.

Many thanks,
Chris

**Chris Damitio**
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** Damitio, Chris
**Sent:** Friday, April 18, 2025 10:57 AM

9

**To:** John Agnetti <john@hlalaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

Hi John,

Just following up on this. Were you able to track down the Kazanjian file or speak with her about possible deposition dates? Thanks, and have a great weekend!

Chris Damitio
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

---

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Monday, April 14, 2025 8:58 AM
**To:** Damitio, Chris <CDamitio@ktslaw.com>
**Subject:** RE: Valve v. Rothschild et al - Kazanjian subpoena

The file is closed, my office is trying to track it down

John B. Agnetti, Esq.




Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale  Islamorada  Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Damitio, Chris <CDamitio@ktslaw.com>
**Sent:** Friday, April 11, 2025 5:44 PM
**To:** John Agnetti <john@hlalaw.com>
**Subject:** Valve v. Rothschild et al - Kazanjian subpoena

You don't often get email from cdamitio@ktslaw.com. Learn why this is important

Hi John,

I wanted to follow up on our prior call regarding Valve's subpoena to Ms. Kazanjian. Were you able to find the protective order in place during Ms. Kazanjian's prior lawsuit against Mr. Rothschild, or speak with Ms. Kazanjian about her availability over the next few weeks?

Thanks, and have a great weekend!



**Chris Damitio**
CDamitio@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
**T** 206 516 3097
My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.