UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § § | |

**PETITIONER VALVE CORPORATION'S**
**NOTICE OF NON-RESPONSE**

Petitioner Valve Corporation ("Valve") asks this Court to take notice of respondent's non-response to Valve's Renewed Motion to Compel and to grant said motion as unopposed under Local Civil Rule 7.1(c)(1). In support thereof, Valve states the following:

1. On August 18, 2025, the Court granted Valve's Motion to Reopen this miscellaneous action regarding a third-party discovery dispute related to *Valve Corp. v. Leigh Rothschild et al.*, No. 23-cv-1016-JNW, filed in the Western District of Washington on July 7, 2023 (the "Washington Case"). Dkt. 22.

2. Valve filed a Renewed Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents ("Renewed Motion") on August 18, 2025. Dkt. 23.

3. Importantly, fact discovery in the Washington Case ends on August 29, 2025. Dkt. 23-3.

4. On August 20, 2025, the Court issued an Order Expediting Respondent's Response, directing Ms. Kazanjian to file a response by August 22, 2025.

5. As of the time of this August 26, 2025 filing, Ms. Kazanjian has filed no response to the Renewed Motion.

6. Valve's Renewed Motion sought an order from the Court to compel Ms.

Kazanjian to sit for a deposition and to produce documents.

7. Valve sought through its Renewed Motion its reasonable attorneys' fees and costs for Ms. Kazanjian's failure to respond to Valve's attempts to schedule Ms. Kazanjian for deposition and to collect documents as agreed by stipulation, resulting in Valve's need to seek judicial intervention to compel Ms. Kazanjian's compliance with her discovery obligations.

Valve therefore requests that this Court grant the relief sought in its Renewed Motion by (A) ordering Ms. Kazanjian to sit for a deposition at a date, time, and location to be determined by the parties to this action, but no later than September 12, 2025; (B) by ordering Ms. Kazanjian to produce documents responsive to Valve's subpoenas; and (C) by ordering Ms. Kazanjian to pay reasonable fees and costs incurred by Valve in filing the Motion to Reopen and the Renewed Motion.

August 26, 2025

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

/s/ *Parker A. Lewton*
Parker A. Lewton
FL State Bar No. 1002490
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
T: (404) 815-6022
F: (404) 815-6555
E: plewton@ktslaw.com

Dario A. Machleidt
(admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
T: (206) 467-9600
F: (206) 623-6793
E: dmachleidt@ktslaw.com

Andrea A. Anderson
(admitted *pro hac vice*)
1400 Wewatta Street, Suite 600
Denver, Colorado, 80202

T: (303) 607-3233
F: (336) 232-9738
E: andie.anderson@ktslaw.com

Kathleen R. Geyer
(admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3700
Seattle, WA 98101
T: (206) 516-3094
F: (206) 299-3458
E: KGeyer@ktslaw.com

*Attorneys for Plaintiff Valve Corporation*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 26th day of August 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                  /s/ Parker A. Lewton
                                                  Parker A. Lewton
                                                  Florida Bar No. 1002490