UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| VALVE CORPORATION, | § § | |
| Petitioner, | § § | Case No. 1:25-mc-22402 |
| v. | § § | Related Case: Valve Corp. v. Leigh Rothschild et al., No. 23-cv-1016-JNW |
| CONSTANCE KAZANJIAN, | § § | (W.D. Wash. July 7, 2023) |
| Respondent. | § § | |

**[PROPOSED] ORDER GRANTING VALVE'S RENEWED MOTION TO COMPEL CONSTANCE KAZANJIAN TO SIT FOR A DEPOSITION AND TO PRODUCE DOCUMENTS**

THIS CAUSE came before the Court upon Petitioner Valve Corporation's Renewed Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents (Motion) (ECF No. 23). Respondent Constance Kazanjian failed to file a response, and the time to do so has passed.

Accordingly, UPON CONSIDERATION of the Motion, the pertinent portion of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Petitioner's Motion (ECF No. 23) is GRANTED. Respondent Constance Kazanjian is ORDERED to sit for a deposition and to produce documents at a date, time, and location to be determined by the Parties to this action but no later than September 12, 2025. IT IS FURTHER ORDERED that Respondent pay reasonable attorney's fees and costs, to be determined by the Court, to Petitioner.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____ 2025.

_____
ENJOLIQUE A. LETT
UNITED STATES MAGISTRATE JUDGE

c:  All counsel of record