# EXHIBIT A

| | |
|---|---|
| **From:** | Geyer, Kate |
| **To:** | John Agnetti; Machleidt, Dario; Adriane Glick; Lewton, Parker; Michel Reyes |
| **Subject:** | RE: Kazanjian (Valve Case): September 12 Deposition |
| **Date:** | Thursday, September 11, 2025 10:15:37 AM |
| **Attachments:** | RE Valve v. Rothschild et al - Kazanjian subpoena.msg |
| | image001.png |

John –

You represented that Ms. Kazanjian searched for responsive documents. Earlier in exchanges with my colleague, Mr. Damitio, you represented that your firm was also searching for responsive documents related to the underlying lawsuit between Ms. Kazanjian and Mr. Rothschild. *See* Agnetti Apr. 14, 2025 Email ("The file is closed, my office is trying to track it down.") Did your firm complete its search and discovery any responsive documents? Will we be receiving any responsive documents tomorrow?

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, September 10, 2025 4:31 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

**\*\*CAUTION: External Email\*\***

Yes

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Geyer, Kate" <KGeyer@ktslaw.com>
Date: 9/10/25 7:20 PM (GMT-05:00)
To: John Agnetti <john@hlalaw.com>, "Machleidt, Dario" <dmachleidt@ktslaw.com>,

Adriane Glick <aglick@hlalaw.com>, "Lewton, Parker" <PLewton@ktslaw.com>, Michel Reyes <mreyes@hlalaw.com>

Subject: RE: Kazanjian (Valve Case): September 12 Deposition

John –

We travel tomorrow to Miami. If your motion is not ruled on by Friday September 12 at 9am, will Ms. Kazanjian sit for her deposition? We need a yes or a no.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Geyer, Kate
**Sent:** Wednesday, September 10, 2025 3:48 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

John –

I'm confused. Does she not have a copy of the confidential settlement agreement? If not, why were you threatening to move for a protective order?

To be clear, if your client is unhappy, its due to your own failure to abide by the Courts orders, failure to respond to motions, and failure to simply respond to emails, and the consequences of those actions. Valve's positions have remained unchanged.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, September 10, 2025 3:31 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>

**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

After a diligent search my client does not have documents responsive to your request. She is not happy you want to expose her to a lawsuit.

John B. Agnetti, Esq.



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Wednesday, September 10, 2025 5:19 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

John –

Please point us to what agreement you think we are reneging on. The only agreement we are

aware of is: "Regarding limitations on the actual deposition once scheduled, the Parties agree that Valve will not inquire about the confidential settlement agreement to resolve a prior lawsuit between Ms. Kazanjian and Mr. Rothschild..." Dkt. 17-1. That agreement facially concerns only the "scheduling and taking of the deposition" of Ms. Kazanjian. *Id.* Nothing in that agreement affects the scope of document production. To be clear, consistent with our agreement, we are not going to ask her about that agreement at the deposition.

If Ms. Kazanjian's concern is confidentiality, we are willing to negotiate a Protective Order (or agree that the Protective Order in the Underlying Litigation applies here) and treat that production as Highly Confidential – Attorneys' Eyes Only.

To the extent that Ms. Kazanjian now seeks to move to preclude its production, any such argument has been waived and the Court has already ruled on this issue due to Ms. Kazanjian's non-response to Valve's second motion to compel. Any motion for protective order or motion to quash has been waived at least in view of Ms. Kazanjian's failure to respond or object to the subpoenas served on March 15, 2025 (Dkt. 1-1 at 4-6); failure to timely move for any such motion since this action was filed on May 28, 2025; and failure to respond to the second motion to compel (Dkts. 23, 27). The Court's order requires production of responsive documents, which is not limited for the same reasons listed above. Dkt. 27. That includes documents response to Request No. 1, which covers the settlement agreement:

REQUESTS FOR PRODUCTION
1. All Documents, Communications, and Things related to the *Kazanjian v. Rothschild* case. For clarity, this excludes any publicly available filings from that case but includes non-public filings, discovery responses, deposition transcripts, hearing transcripts, and Communications between the parties.

Please confirm that your motion is limited to Ms. Kazanjian's production of the settlement agreement and that the deposition will still go forward on Friday September 12.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Wednesday, September 10, 2025 1:39 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes

<mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

I have advised my client that you want her to violate the confidentiality and be subject to a lawsuit. We will not be producing that document. I had an agreement with your firm that this would not be a subject of your inquiry.

My client is upset. We will be filing a protective order and advising the court that you have reneged on your agreement with me.

John B. Agnetti, Esq.



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale  Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Wednesday, September 10, 2025 3:11 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes

<mreyes@hlalaw.com>

**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Counsel:

Following up, when will we receive the confidential settlement agreement and any other responsive documents, to the extent there are any?

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Geyer, Kate
**Sent:** Tuesday, September 9, 2025 2:41 PM
**To:** John Agnetti <john@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Counsel,

The agreement you refer to was made only to resolve Valve's original motion to compel and explicitly was limited to "limitations on the actual deposition once scheduled" (Dkt. 17-1 at 11), not the scope of document production in response to Valve's subpoena. Valve has not and will not agree that such confidential settlement agreement is not responsive and again requests its production today. Moreover, you already chose not to honor the prior agreement between the parties because you failed to "resume negotiations in good faith about a date and start time for Ms. Kazanjian's deposition" (*id.* at 10), forcing Valve to go to the Court again.

To be clear, without objections to the Rule 45 subpoena and without agreement from Valve, Ms. Kazanjian has no basis to withhold that agreement. The Court already ordered that:

**PAPERLESS ORDER granting [23] Petitioner's Renewed Motion to Compel *by Default*. This matter is before the Court upon [23] Petitioner's Renewed Motion to Compel Constance Kazanjian to Sit for a Deposition and to Produce Documents and Incorporated Memorandum of Law ("Motion"). As a result of Respondent's failure to timely oppose the Motion in accordance with S.D. Fla. L.R. 7.1(c)(1) and this Court's Order, *see* D.E. [25], the Motion is GRANTED *by default*. Respondent shall sit for deposition and produce any responsive documents on or before the close of discovery in Case No. 23-cv-1016-JNW (W.D. Wash. July 7, 2023), or no later than September 12, 2025. Signed by Magistrate Judge Enjolique A. Lett on 8/26/2025. (awr)**

Let us know if you refuse to produce that agreement today and whether we need to seek Court intervention again.

Sincerely,

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** John Agnetti <john@hlalaw.com>
**Sent:** Tuesday, September 9, 2025 1:51 PM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>; Adriane Glick <aglick@hlalaw.com>; Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

You are not correct. Specifically, your office agreed not to ask any questions about the settlement agreement.   I would suggest your attitude will not be conducive to my client.

John B. Agnetti, Esq.



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: john@hlalaw.com
Designated email address: pleadings@hlalaw.com
Website: www.hlalaw.com

The information contained in this e-mail message and any attachments is proprietary and intended only for the confidential use of the designated recipient named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify Hoffman, Larin & Agnetti, P.A. immediately at the e-mail address listed above. Thank you.

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Tuesday, September 9, 2025 4:31 PM
**To:** Adriane Glick <aglick@hlalaw.com>; Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Dear Ms. Glick,

Please call Mr. Agnetti and have him send us the agreement today. He's had our specific request for some time now; this is not a surprise to him.

If we don't get the agreement sufficiently in advance of this week's deposition, we reserve the right to seek a second deposition of Ms. Kazanjian.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Tuesday, September 9, 2025 1:04 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Lewton, Parker <PLewton@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

I will need to speak with Mr Agnetti.
Mr Agnetti is out of the office for the remainder of the day, I will advise tomorrow.

Adriane Glick

Family and Litigation Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: aglick@hlalaw.com
website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Tuesday, September 9, 2025 3:59 PM
**To:** Adriane Glick <aglick@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Lewton, Parker <PLewton@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Thanks you, Ms. Glick. As we requested on September 3, please provide us the Kazanjian-Rothschild settlement/confidentiality agreement today.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Tuesday, September 9, 2025 12:55 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** Lewton, Parker <PLewton@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Good afternoon,

September 12th confirmed at our office in North Miami Beach.

Adriane Glick
Family and Litigation Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090

Email: aglick@hlalaw.com

website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Monday, September 8, 2025 8:35 PM
**To:** Adriane Glick <aglick@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Cc:** Lewton, Parker <PLewton@ktslaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Counsel: We need an update no later than 10am PT tomorrow morning. It takes time to schedule travel, locations, court reporters, and videographers, and we are running out of time to do so in order to meet the Court's September 12 deadline. Please provide us with an update.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Geyer, Kate
**Sent:** Friday, September 5, 2025 3:13 PM
**To:** Adriane Glick <aglick@hlalaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Cc:** Lewton, Parker <PLewton@ktslaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Good afternoon,

Please provide us and update. We need to ensure we can schedule the necessary videographer and court reporter.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP

1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Thursday, September 4, 2025 5:49 AM
**To:** Machleidt, Dario <dmachleidt@ktslaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>
**Subject:** RE: Kazanjian (Valve Case): September 12 Deposition

Good morning,

I will confirm with our client and advise.

Adriane Glick
Family and Litigation Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: aglick@hlalaw.com
website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Machleidt, Dario <dmachleidt@ktslaw.com>
**Sent:** Wednesday, September 3, 2025 9:30 PM
**To:** Adriane Glick <aglick@hlalaw.com>; John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Cc:** Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>
**Subject:** Kazanjian (Valve Case): September 12 Deposition

Ms. Glick, Mr. Reyes, and Mr. Agnetti,

You mentioned Ms. Kazanjian is out of the country until September 9. To accommodate her travel, we will take her deposition on Friday, September 12, as the Court ordered that her deposition is to occur no later than that date.

We will depose Ms. Kazanjian in person, so please tell us if she has a location preference. If not, we'll reserve a conference room at a local law firm.

Please provide the Kazanjian-Rothschild settlement/confidentiality agreement this week. Neither you nor Ms. Kazanjian objected to our Rule 45 document subpoena that requires its production.

Please respond to this email by end of business Friday, September 5, so we can avoid further Court action. Valve intends to raise any remaining disputes with the Court on Monday, including if it does have the requested agreement.

Sincerely,

Dario Machleidt
dmachleidt@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 224 2857 | F 206 374 2199
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Thursday, August 28, 2025 1:19 PM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Good afternoon Ms Geyer,

I understand the scheduling issue and will confer with Mr Agnetti.
I will speak with our client re: the requested documents and get them to you.
Thank you.

Adriane Glick
Family and Litigation Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: aglick@hlalaw.com
website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Thursday, August 28, 2025 12:49 PM

**To:** Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Thank you for the clarification, Ms. Glick. I missed that language in your second email, and was looking at the first email you sent.

While we understand Mr. Agnetti may have conflicts, we cannot accommodate them at this time in light of the Court's order and the schedule in the underlying case. We would have been happy to schedule around any conflicts, and in fact did so when we were discussing an early August deposition, as reflected in our various correspondence. However, because Mr. Agnetti ignored us for over a month, we no longer have the time and flexibility to do so. It appears Ms. Kazanjian can be available on or before September 12, and therefore we intend to go forward with her deposition consistent with the Court's order.

Please confirm you will provide the requested document(s) by September 5.

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Thursday, August 28, 2025 7:13 AM
**To:** Geyer, Kate <KGeyer@ktslaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>
**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Good morning Ms Geyer,

I will have Mr Agnetti address your email.

Regarding the availability, in my email below I wrote "Please see Mr Agnetti's and our clients revised availability below for a zoom Deposition".

Furthermore, our client will be out of the country Sept 1-9 and Mr Agnetti has been called to trial in Federal Court in the Middle District of Florida in a 1983 action, Thomas vs. Florida Department of Corrections etal case # 6:23-CV-1937 WWB-EJK for the week of Sept 8-12, the trial is set for one week.

I will speak with Mr Agnetti and advise. Thank you.

Adriane Glick
Family Law Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.

909 North Miami Beach Blvd, #201

Miami, Florida 33162

Offices in   Miami   Ft. Lauderdale   Islamorada   Key West

Miami Office: (305) 653-5555

Fax Number:  (305) 940-0090

Email: aglick@hlalaw.com

website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Geyer, Kate <KGeyer@ktslaw.com>
**Sent:** Thursday, August 28, 2025 9:32 AM
**To:** Adriane Glick <aglick@hlalaw.com>; Lewton, Parker <PLewton@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>

**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Ms. Glick,

Thank you for your email. However, this information is insufficient. The Court ordered Ms. Kazanjian's deposition to occur no later than September 12, 2025. Dkt. 27. All of Mr. Agnetti's proposed dates are after that date. Further, it's unclear if Ms. Kazanjian is available on any of these dates, as it only includes Mr. Agnetti's availability. Please let us know this week when Ms. Kazanjian is available for a deposition on or before September 12, 2025.

Valve also intends to take Ms. Kazanjian's deposition in person given Mr. Agnetti's failure to abide by the parties' agreement and Mr. Agnetti's failure to abide by the Court's orders. We are happy to take that deposition at a location convenient to Ms. Kazanjian, or can propose one ourselves.

Finally, we request that Ms. Kazanjian produce any settlement agreement, confidentiality agreement, non-disclosure agreement, or any other agreement between Ms. Kazanjian, on one hand, and Mr. Rothschild and/or any of his various entities, on the other hand, by September 5. Please let us know now if Ms. Kazanjian intends to raise any belated and already-waived objections to this production so that we can take this issue to the Court.

Thank you,
Kate

Kate Geyer
KGeyer@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue | Suite 3700 | Seattle, WA 98101
T 206 516 3094 | F 206 299 3458
My Profile | vCard

**From:** Adriane Glick <aglick@hlalaw.com>
**Sent:** Wednesday, August 27, 2025 11:08 AM
**To:** Lewton, Parker <PLewton@ktslaw.com>; Machleidt, Dario <dmachleidt@ktslaw.com>; Anderson, Andie <andie.anderson@ktslaw.com>; Geyer, Kate <KGeyer@ktslaw.com>
**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** RE: Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Good afternoon,

Please see Mr Agnetti's and our clients revised availability below for a zoom Deposition:

September 30
October 2 or 3

Adriane Glick
Family Law Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: aglick@hlalaw.com
website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

**From:** Adriane Glick
**Sent:** Wednesday, August 27, 2025 1:56 PM
**To:** plewton@ktslaw.com; dmachleidt@ktslaw.com; andie.anderson@ktslaw.com; kgeyer@ktslaw.com

**Cc:** John Agnetti <john@hlalaw.com>; Michel Reyes <mreyes@hlalaw.com>
**Subject:** Kazanjian adv Valve Case#: 1:25-MC-22402-KMW

Good afternoon,

Please see Mr Agnetti's availability below for a zoom Deposition:

September 19 or 30
October 2 or 3

Adriane Glick
Family Law Paralegal
aglick@hlalaw.com
305-653-5555



Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd, #201
Miami, Florida 33162
Offices in   Miami   Ft. Lauderdale   Islamorada   Key West
Miami Office: (305) 653-5555
Fax Number:  (305) 940-0090
Email: aglick@hlalaw.com
website: www.hlalaw.com

ATTENTION: The information contained in this E-mail message is attorney privileged and confidential information in-tended only for the use of the individual(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or Copy of this communication is strictly prohibited. If you have

received this communication in error, please contact the sender by reply E-mail and destroy all copies of the original message. Thank you.

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.